

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-23-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND THOMAS TETZLAFF, CRYSTAL BUSBY-TETZLAFF, and SEAN PATRICK GILMORE, | |
| Defendants. | |

Upon the United States' Motion for Dismissal of Forfeiture Proceedings (Doc. 147), and for good cause being shown,

IT IS HEREBY ORDERED, the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

Dated this 13th day of July, 2018.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge

1