FILED

JUL 16 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-23-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| RAYMOND THOMAS TETZLAFF, CRYSTAL BUSBY-TETZLAFF, and SEAN PATRICK GILMORE, | ORDER |
| Defendants. | |

Upon the United States' Motion for Dismissal of Forfeiture Proceedings (Doc. 147), and for good cause being shown,

IT IS HEREBY ORDERED, the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

Dated this 13th day of July, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1